UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMAZON.COM, INC., | Case No. 20-cv-07405-PJH |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| EXPERT TECH ROGERS PVT. LTD., et al., | Re: Dkt. No. 52 |
| Defendants. | |

The court has reviewed Magistrate Judge Corley's Report and Recommendation Re: plaintiff's unopposed motion for default judgment. No objections to the report have been filed. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: October 20, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge