UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMAZON.COM, INC.,

    Plaintiff,

    v.

EXPERT TECH ROGERS PVT. LTD., et al.,

    Defendants.

Case No. 20-cv-07405-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted plaintiff's motion for default judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of plaintiff and against defendants Swatanter Gupta and Expert Tech Rogers Pvt. Ltd.

The court awards statutory damages totaling $875,000 against defendants Swatanter Gupta and Expert Tech Rogers Pvt. Ltd.

In addition, a permanent injunction is hereby entered against those two defendants and their respective employees, agents, successors and assigns, and all others in active concert or participation with them, from:

1. Using counterfeit versions of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.) as of this injunction's entry date with any advertising, marketing, offer for sale, promotion, display, publication, website, voicemail, email, or software;

2. Using any false designation of origin or false or misleading description or false

or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any website, social media page, voicemail, email, advertising, or other marketing materials has been produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Amazon, when such is not true in fact;

3. Engaging in any other activity constituting an infringement or dilution of any trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.);

4. Engaging in any activity that defrauds individuals into paying money for Amazon services;

5. Registering or using any website domain names that involve trademarks registered by Amazon (or its subsidiary, Amazon Technologies, Inc.); and

6. Knowingly and materially assisting any other person or business entity in engaging in or performing any of the activities listed above.

**IT IS SO ORDERED.**

Dated: October 20, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge